## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Walter William Wilson, Ny-Keisha Simone Wilson | : | Bankruptcy No. 13-16914-amc |
| aka Ny-Kiesha Beatty, | : | Chapter 13 |
| Debtor(s) | : | |
| | : | |
| Nationstar Mortgage LLC, | : | |
| Secured Creditor, | : | |
| | : | |
| Walter William Wilson, Ny-Keisha Simone Wilson | : | |
| aka Ny-Kiesha Beatty, | : | |
| Debtor(s) / Respondent(s) | : | |
| | : | |
| and | : | |
| William C. Miller, | : | |
| Trustee/Respondent. | : | |
| | : | |
| | : | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned hereby enters his/her appearance as counsel for Creditor, Nationstar Mortgage LLC, in the above proceeding and, pursuant to Bankruptcy Rule 2002 and Local Bankruptcy Rule 9010.1, requests that his/her name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

>           Matthew C. Waldt, Esquire
>           Milstead & Associates, LLC
>           1 E. Stow Road
>           Marlton, NJ 08053
>           (856) 482-1400

Please take further notice that the foregoing request includes the notices referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED:  October 16, 2017                          MILSTEAD & ASSOCIATES, LLC
                                                  BY:  /s/Matthew C. Waldt
                                                  Matthew C. Waldt
                                                  Attorney ID No. 203308
                                                  1 E. Stow Road
                                                  Marlton, NJ 08053

217124-7