**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    Walter William Wilson and Ny-Kiesha Simone Wilson aka Ny-Kiesha Beatty<br><br>                      Debtors. | Chapter 13<br><br>Case No.: 13-16914-amc |
| Nationstar Mortgage LLC,<br>                Movant,<br>vs.<br>Walter William Wilson and Ny-Kiesha Simone Wilson aka Ny-Kiesha Beatty,<br>                Debtors / Respondents,<br>and<br>William C. Miller,<br>                Trustee / Respondent. | Hearing Date: November 21, 2017<br>Time: 11:00 am<br><br>Location: Courtroom 5 |

\* \* \* \* \* \* \*

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

      Nationstar Mortgage LLC has filed a Motion for Relief from the Automatic Stay with the Court for leave to enforce its rights as determined by state and/or other applicable law with regard to real property.

      **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

      1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **November 14, 2017,** you or your attorney must do <u>all</u> of the following:

            (a)    file an answer explaining your position at:

            United States Bankruptcy Court
            Eastern District of Pennsylvania
            Office of the Clerk
            900 Market Street
            Philadelphia, PA 19107

    (b)    mail a copy to the Movant's attorney:

        Matthew C. Waldt, Esquire
        Milstead & Associates, LLC
        1 East Stow Road
        Marlton, NJ 08053
        Phone No.: 856-482-1400
        Fax No.: 856-482-9190

    (c)    mail a copy to the Chapter 13 Trustee:

        William C. Miller, Trustee
        Chapter 13 Trustee
        1234 Market Street
        Suite 1813
        Philadelphia, PA 19107

2.    If you or your attorney do not take the steps described in paragraphs 1(a), 1(b) and 1(c) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Ashley M. Chan on **November 21, 2017 at 11:00 a.m.** in Courtroom 5, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

4.    If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.    You may contact the Bankruptcy Clerk's office at 215-908-2801 to find out whether the hearing has been cancelled because no one filed an answer to the Motion.

        Respectfully submitted,
        MILSTEAD & ASSOCIATES, LLC

DATED: October 27, 2017

        /s/Matthew C. Waldt
        Matthew C. Waldt, Esquire
        Attorney ID No. 203308
        mwaldt@milsteadlaw.com
        1 East Stow Road
        Marlton, NJ 08053
        Attorneys for Movant