## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Walter William Wilson; Ny-Keisha Simone Wilson;<br><br>　　　　　　　　　　Debtors<br>Nationstar Mortgage LLC,<br>　　　　　　　　　Movant,<br>vs.<br>Walter William Wilson; Ny-Keisha Simone Wilson;<br>　　　　　　　Debtors / Respondents,<br>and<br>William C. Miller,<br>　　　　　　　Trustee / Respondent. | Chapter 13<br><br>Case No.: 13-16914-amc |

### PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY

NOW COMES, Nationstar Mortgage LLC, by and through the undersigned counsel, and hereby withdraws the Motion for Relief from Stay filed on October 27, 2017 (document number 64). Said Motion is being withdrawn without prejudice.

DATED: November 28, 2017

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC
　/s/Matthew C. Waldt
Matthew C. Waldt, Esquire
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant

217124-7

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Walter William Wilson; Ny-Keisha Simone Wilson;<br><br>                    Debtors<br>Nationstar Mortgage LLC,<br>                    Movant,<br>vs.<br>Walter William Wilson; Ny-Keisha Simone Wilson;<br>                    Debtors / Respondents,<br>and<br>William C. Miller,<br>                    Trustee / Respondent. | Chapter 13<br><br>Case No.: 13-16914-amc |

### CERTIFICATION OF SERVICE

Matthew C. Waldt, Esquire counsel for Movant, hereby certifies that a copy of the Praecipe to Withdraw the Motion for Relief from Stay was served upon the following persons via electronic transmission or by regular first-class mail, postage pre-paid on November 28, 2017, addressed as follows:

| William C. Miller<br>Chapter 13 Trustee<br>1234 Market Street<br>Suite 1813<br>Philadelphia, PA 19107<br>*via electronic transmission* | Georgette Miller<br>335 Evesham Avenue<br>Lawnside, NJ 08045<br>*via electronic transmission* |
|---|---|

DATED:  November 28, 2017

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC
   /s/Matthew C. Waldt
Matthew C. Waldt, Esquire
Attorney ID No. 203308
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant

217124-7