Certificate Number: 15317-PAE-DE-031393354

Bankruptcy Case Number: 13-16914



15317-PAE-DE-031393354

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 29, 2018, at 6:18 o'clock PM PDT, Walter W Wilson completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  July 29, 2018                    By:    /s/Eunice Francia

                                        Name:  Eunice Francia

                                        Title: Counselor