Certificate Number: 15317-PAE-DE-031393355

Bankruptcy Case Number: 13-16914



15317-PAE-DE-031393355

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 29, 2018, at 6:18 o'clock PM PDT, Nykiesha Wilson completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 29, 2018

By: /s/Eunice Francia

Name: Eunice Francia

Title: Counselor