## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

IN RE:  
Walter William Wilson,  
   Debtor,  
Ny-Kiesha Simone Wilson,  
   Joint Debtor.  
_____/

CASE NO.: 13-16914-amc  
CHAPTER 13

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**  
**BANKRUPTCY DEPARTMENT**  
**130 CLINTON ROAD, SUITE 202**  
**FAIRFIELD, NJ 07004**

RAS Citron, LLC  
Authorized Agent for Secured Creditor  
130 Clinton Road, Suite 202  
Fairfield, NJ 07004  
Telephone: 973-575-0707  
Facsimile: 973-404-8886  
By: /s/Kevin Buttery  
Kevin Buttery, Esquire  
Email: kbuttery@rascrane.com