United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 13-16914-amc
Walter William Wilson                                           Chapter 13
Ny-Kiesha Simone Wilson
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 3                    Date Rcvd: Oct 16, 2018
                             Form ID: 138NEW          Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 18, 2018.
```
db/jdb     +Walter William Wilson,    Ny-Kiesha Simone Wilson,    2860 Stamford Street,
             Philadelphia, PA 19152-2146
13120382   +Abington Orthopaedic Specialists,    2400 Maryland Rd, Suite 20,    Willow Grove, PA 19090-1781
13120383   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,    Po Box 982235,    El Paso, TX 79998)
13216019   +CAPITAL ONE BANK (USA),N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13174146   +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk, VA 23541-0907
13120388   ++CITIFINANCIAL,    BANKRUPTCY FORECLOSURE UNIT,    1000 TECHNOLOGY DRIVE,    OFALLON MO 63368-2239
             (address filed with court: Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202)
13120387   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
13222286   +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
13120389   +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
13130118   ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
             PO Box 10390,    Greenville, SC 29603-0390)
13128623   +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
             Mason, OH 45040-8053
13120392   +Fifth Third Bank,    5050 Kingsley Dr,    Cincinnati, OH 45227-1115
13132973   +Fifth Third Bank,    9441 LBJ Freeway #350,    Dallas, TX 75243-4652
13120400    L&R Mgmnt,    45 Haverhill Street,    Andover, MA 01810-1499
13120401   +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
13120402   +Merchants Assoc Cool D,    134 S Tampa St,    Tampa, FL 33602-5396
13120406   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
13229312   +NATIONSTAR MORTGAGE LLC,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
             701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13129226   +NCO FINANCIAL SYSTEMS, INC.,    Po Box 4275,    Norcross, GA 30091-4275
13120405    Nationstar,    Po Box 199111,    Dallas, TX 75235
14183071   +Nationstar Mortgage, LLC,    Robertson, Anschutz & Schneid, P.L.,
             6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
13120407   +Nazareth Hospital,    P.O. Box 824840,    Philadelphia, PA 19182-4840
13120410   +Pennsylvania Housing Finance,    104 W. Main Street,    Norristown, PA 19401-4738
13120411   +Philadelphia Fire Department,    1105 Schrock Road,    Suite 610,    Columbus, OH 43229-1158
13145147   +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
             Attn: Bankruptcy Dept 3F
13120412    Quest Diagnostics,    PO BOX 740775,    Cincinnati, OH 45274-0775
14193066   +RAS CITRON, LLC,    BANKRUPTCY DEPARTMENT,    130 CLINTON ROAD, SUITE 202,
             FAIRFIELD, NJ 07004-2927
13120413   +Radio/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13120414   +Raymour & Flannigan,    PO Box 130,    Liverpool, NY 13088-0130
13120415   +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
13120416   +Surgical Care Specialists, Inc.,    1245 Highland Ave,    Suite 600,    Abington, PA 19001-3727
13177160   +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,
             Dallas, TX 75374-0933
13120417   +Td Auto Finance,    Po Box 9223,    Farmington Hills, MI 48333-9223
13120418   +Td Bank Usa/Targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
13120419   +Tdrcs/Diamond Furnitur,    1000 Macarthur Blvd,    Mahwah, NJ 07430-2035
13120420   +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13120422   +Wffnatlbnk,    Po Box 94498,    Las Vegas, NV 89193-4498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Oct 17 2018 02:43:29    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2018 02:42:30
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 17 2018 02:43:22    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 02:47:34    GE Capital Retail Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2018 02:47:42
             PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13190195   +E-mail/Text: bncmail@w-legal.com Oct 17 2018 02:43:09    ALTAIR OH XIII, LLC,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13194186   +E-mail/Text: bncmail@w-legal.com Oct 17 2018 02:43:09    ANTIO, LLC,
             C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13120385    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 17 2018 02:48:19    Cap One,
             Po Box 85520,    Richmond, VA 23285
13120384   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 17 2018 02:47:37    Cap One,
             26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
```

```
District/off: 0313-2          User: ChrissyW          Page 2 of 3              Date Rcvd: Oct 16, 2018
                             Form ID: 138NEW          Total Noticed: 69
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
13181720        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 17 2018 02:46:55        Capital One, N.A.,
                PO Box 71083,   Charlotte, NC  28272-1083
13120386       +E-mail/Text: bk.notifications@jpmchase.com Oct 17 2018 02:42:21        Chase,   Po Box 901076,
                Ft Worth, TX 76101-2076
13120390       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 17 2018 02:42:18        Comenity Bank/Express,
                Po Box 182789,   Columbus, OH 43218-2789
13120391       +E-mail/Text: bknotice@ercbpo.com Oct 17 2018 02:43:04        Enhanced Recovery Co L,
                8014 Bayberry Rd,   Jacksonville, FL 32256-7412
13120393       +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 02:48:14        Gecrb/Home Design Nahf,
                950 Forrer Blvd,   Kettering, OH 45420-1469
13120394       +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 02:46:50        Gecrb/Lowes,   Po Box 965005,
                Orlando, FL 32896-5005
13120395       +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 02:47:33        Gecrb/Modells,   Po Box 965005,
                Orlando, FL 32896-5005
13120396       +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 02:48:14        Gecrb/Old Navy,   Po Box 965005,
                Orlando, FL 32896-5005
13120397       +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 02:47:48        Gecrb/Paypal Smart Con,
                Po Box 965005,   Orlando, FL 32896-5005
13120398       +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 02:47:48        Gecrb/Tydc,   Po Box 965005,
                Orlando, FL 32896-5005
13120399       +E-mail/PDF: gecsedi@recoverycorp.com Oct 17 2018 02:47:05        Gecrb/Walmart,   Po Box 965024,
                Orlando, FL 32896-5024
13162136        E-mail/Text: bk.notifications@jpmchase.com Oct 17 2018 02:42:21        JP Morgan Chase Bank, N.A.,
                National Bankruptcy Department,   P.O. Box 29505, AZ1-1191,   Phoenix, AZ 85038-9505
13229661        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2018 02:47:06
                LVNV Funding, LLC its successors and assigns as,   assignee of Citibank, N.A.,
                Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13215045        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 17 2018 02:47:06
                LVNV Funding, LLC its successors and assigns as,   assignee of North Star Capital,
                Acquisition LLC,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
13120403       +E-mail/Text: bankruptcy@mcmcg.com Oct 17 2018 02:42:58        Midland Funding,
                8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
13167840       +E-mail/Text: bncmail@w-legal.com Oct 17 2018 02:43:22        OAK HARBOR CAPITAL VII, LLC,
                C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13120408       +E-mail/PDF: cbp@onemainfinancial.com Oct 17 2018 02:46:47        Onemain,   Po Box 499,
                Hanover, MD 21076-0499
13221656        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2018 02:48:23
                Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13120409       +E-mail/Text: blegal@phfa.org Oct 17 2018 02:43:01        Pa Housing Finance Age,   211 N Front St,
                Harrisburg, PA 17101-1406
13167170        E-mail/Text: bnc-quantum@quantum3group.com Oct 17 2018 02:42:22
                Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
13795590        E-mail/Text: bnc-quantum@quantum3group.com Oct 17 2018 02:42:22
                Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
13127642        E-mail/Text: rmscedi@recoverycorp.com Oct 17 2018 02:47:46
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13153612       +E-mail/Text: bncmail@w-legal.com Oct 17 2018 02:43:09        TD BANK USA, N.A.,
                C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                           TOTAL: 32


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13120404        MyCashNow.com,   The Hallmark Building,   Suite 227,   Old Airport Road,   Anguilla, BWI
cr*            ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,   P.O. Box 619096,
                Dallas, TX  75261-9741)
cr*             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13120421*      ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
                (address filed with court: Webbank/Dfs,   1 Dell Way,   Round Rock, TX 78682)
13811230*      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,   ATTN: Bankruptcy Department,
                P.O. Box 619096,   Dallas, TX 75261-9741)
13229879*      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,   ATTN: Bankruptcy Department,
                P.O. Box 630267,   Irving, Texas 75063)
13504592*      ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,   P.O. Box 619096,
                Dallas, TX  75261-9741)
13331473*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,   POB 41067,
                Norfolk, VA 23541)
                                                                            TOTALS: 1, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: ChrissyW          Page 3 of 3          Date Rcvd: Oct 16, 2018
                             Form ID: 138NEW          Total Noticed: 69
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2018 at the address(es) listed below:

```
          ANDREW F GORNALL    on behalf of Creditor    NATIONSTAR MORTGAGE LLC agornall@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          GEORGETTE  MILLER    on behalf of Debtor Walter William Wilson info@georgettemillerlaw.com,
            georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
            rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
            llerlaw.com
          GEORGETTE  MILLER    on behalf of Joint Debtor Ny-Kiesha Simone Wilson info@georgettemillerlaw.com,
            georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
            rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
            llerlaw.com
          GEORGETTE  MILLER    on behalf of Plaintiff Ny-Kiesha Simone Wilson info@georgettemillerlaw.com,
            georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
            rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
            llerlaw.com
          GEORGETTE  MILLER    on behalf of Plaintiff Walter William Wilson info@georgettemillerlaw.com,
            georgettemillerlaw@gmail.com;mlee@georgettemillerlaw.com;gmecfmail@gmail.com;cfink@georgettemille
            rlaw.com;smithcr50524@notify.bestcase.com;millergr50524@notify.bestcase.com;dmayberry@georgettemi
            llerlaw.com
          KEVIN M. BUTTERY    on behalf of Creditor    Nationstar Mortgage LLC bkyefile@rasflaw.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
            bkecf@milsteadlaw.com
          MATTHEW CHRISTIAN WALDT    on behalf of Creditor    NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com,
            bkecf@milsteadlaw.com
          THOMAS I. PULEO    on behalf of Creditor    NATIONSTAR MORTGAGE LLC tpuleo@kmllawgroup.com,
            bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 12
```

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Walter William Wilson and
Ny–Kiesha Simone Wilson

                Debtor(s)                                Bankruptcy No: 13–16914–amc

                                                            Chapter: 13

_____

### NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

    2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors,  including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

                900 Market Street
                Suite 400
                Philadelphia, PA 19107

within 30 days from the date of this notice.

    3. In the absence of any objection, the Court may enter the Order of Discharge.

                For The Court

                Timothy B. McGrath
                Clerk of Court

Dated: 10/16/18